**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6595**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AMEER ALI SHAKOOR,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (CR-93-98, CA-98-99)

---

Submitted: August 5, 1999          Decided: August 12, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Ameer Ali Shakoor, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ameer Ali Shakoor seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Shakoor, Nos. CR-93-98; CA-98-99 (E.D. Va. Apr. 2, 1999). Shakoor's motion to proceed in forma pauperis is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2